# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4670
MY EMAIL ADDRESS IS: DIANE.KREBS@JACKSONLEWIS.COM

November 18, 2020

**VIA ECF**

Hon. Alison Nathan
New York District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/20/2020
```

Re:     *Helena Lin v. All Mobile Video, Inc., et al.*
        Index No.:  20-cv-06237 (SDNY)

Dear Judge Nathan:

        We represent all Defendants in this matter.  We write, with the consent and support of all parties, to respectfully request a change in the date/time for the upcoming initial pretrial conference, which is currently scheduled for Friday, December 11, 2020 at 3:30 pm in Courtroom 906.

        First, the parties would like some clarity with respect to the location of the conference.  The notice makes it appear that the conference will be taking place in person, in Your Honor's courtroom at 40 Foley Square.  However, we are aware that, in light of the COVID pandemic, many judges are holding conferences via telephone or video conference, to minimize travel and in-person contact.  The parties would therefore like to know if this initial conference can take place remotely, or if Your Honor intends to have counsel appear in person.

        Second, even if the conference is conducted remotely, defense counsel (with Plaintiff's consent) respectfully requests a new date/time for it.  The undersigned, who is lead defense counsel in this case, is an observant Jew.  In the wintertime, the Sabbath begins very early on Friday afternoons.  On December 11, the current date of the initial conference, the Sabbath begins just after 4 pm.  Thus, even if the conference is conducted remotely, I do not expect to be able to complete it before the Sabbath starts.  We therefore ask Your Honor to set a new conference, and if it takes place on a Friday, we ask that it be set for the morning.

SO ORDERED. *Alison J. Nathan* 11/19/2020

> The conference is hereby adjourned to December 10, 2020 at 3:45 P.M.  The conference will  proceed remotely. When the parties submit their joint letter in advance of conference, as noted in the notice of the initial pretrial conference, Dkt 5, they should indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan without conference. If not, the conference will proceed by telephone. The Court will provide the parties with information on how to access the conference at a later date.

# JacksonLewis

Thank you in advance for Your Honor's consideration of this request.  Should you need more information, please let us know.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Diane Krebs*

Diane Krebs

cc:   All Parties of Record (via ECF)

4810-8893-1026, v. 1