```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lin,

           Plaintiff,

–v–

All Mobile Video, Inc., *et al.*,

           Defendants.

20-cv-06237 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As noted in the Court's November 20, 2020 order, the initial pretrial conference in this matter is scheduled for December 10, 2020 at 3:45 P.M.  **That conference is hereby adjourned.**  The Court will adopt the schedule in the parties' proposed Case Management Plan.  If the parties have any confidential matters they wish to discuss with the Court, the parties may submit a letter request to redact or seal that information in accordance with the Undersigned's Individual Rules in Civil Cases Rule 1.B.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

*[signature]*

_____
ALISON J. NATHAN
United States District Judge